Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00679-CV

____________

 

YOLANDA GONZALEZ, Appellant

 

V.

 

PROGRESSIVE COUNTY MUTUAL INSURANCE, Appellee

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 03-69725

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed June 13, 2005.  The clerk=s record was filed on August 24,
2005.  There is no reporter=s record.  Appellant=s brief was due September 28, 2005,
but was not filed.  No request for an
extension of time was filed.

On October 20, 2005, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before November 21, 2005, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).  Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.